# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCISCO PAGAN-MORA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPEHN SPAULDING, Warden, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 19-10249-DJC |

## ORDER

**CASPER, J.**                                                                                         June 3, 2019

In an order dated April 17, 2019, D. 4, the Court ordered plaintiff Francisco Pagan-Mora to pay the $400 filing fee or seek leave to proceed *in forma pauperis*. The Court also directed Pagan-Mora to file a complaint. The Court informed Pagan-Mora that failure to comply with the order within thirty-five days would result in dismissal of the action without prejudice.

More than thirty-five days have passed since the Court's April 17, 2019 order. Pagan-Mora has not complied with the order or filed any other document in this case.

Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee and to file a complaint.

**So Ordered.**

                                                    /s/ Denise J. Casper
                                                    United States District Judge